**HEIDTMUELLER v. DAVIS, Director General of Railroads. (6 Div. 735.)**

(Supreme Court of Alabama. Jan. 17, 1924.)

Railroads ⟨key⟩5½, New, vol. 6A Key-No. Series —Action not maintainable under statute for death caused during federal control.

An action for death by wrongful act under Code 1907, § 2486, arising during federal operation of railroads, could not be maintained, since such section allows punitive damages only, and compensatory damages alone are recoverable in suit growing out of government control.

Appeal from Circuit Court, Cullman County; Robert C. Brickell, Judge.

Action for damages by Eddie Heidtmueller, as administrator of the estate of Theodore Heidtmueller, deceased, against James C. Davis, as Director General of Railroads. Demurrer to the complaint being sustained, plaintiff declined to plead further. Judgment for defendant, and plaintiff appeals. Affirmed.

See, also, ante, p. 538, 98 South. 792.

# HELLER v. BERLIN 549

(210 Ala.)

Paine Denson, of Cullman, for appellant.

The statute under which this action is brought authorizes the recovery of compensatory damages. Code 1907, § 2486; S.-S. S. & I. Co. v. Drane, 160 Fed. 780, 88 C. C. A. 34; 17 C. J. 1318; Mich. Cent. v. Vreeland, 227 U. S. 59, 33 Sup. Ct. 192, 67 L. Ed. 417, Ann. Cas. 1914C, 176; So. Ry. v. Bush, 122 Ala. 470, 26 South. 168; Ex parte Pepper, 185 Ala. 293, 64 South. 112; Mo. Pac. v. Ault, 256 U. S. 554, 41 Sup. Ct. 593, 65 L. Ed. 1087; Butler-Kyser Co. v. Mitchell, 195 Ala. 240, 70 South. 665; W. U. Tel. Co. v. Hawkins, 198 Ala. 682, 73 South. 973; Gill v. More, 200 Ala. 511, 76 South. 453; State v. Delaye, 193 Ala. 500, 68 South. 993, L. R. A. 1915E, 640.

Eyster & Eyster, of Albany, and A. A. Griffith, of Cullman, for appellee.

The action cannot be maintained. James v. Davis, 209 Ala. 87, 95 South. 346; Watson v. B. B. Ry. Co., 209 Ala. 413, 96 South. 257.

BOULDIN, J. This is an action of damages for death by wrongful act under Code of 1907, § 2486, known as the "Act to Prevent Homicides."

The cause of action arose while the railroads were being operated by the federal government, under the act of Congress commonly known as the Federal Control Act (U. S. Comp. St. 1918, U. S. Comp. St. Ann. Supp. 1919, §§ 3115¾a–3115¾p).

The damages recoverable under our statute being wholly punitive, and the damages allowable in a suit growing out of government control being compensatory only, this action cannot be maintained.

The cause must be affirmed on the authority of Howard v. Davis, Director General, 209 Ala. 113, 95 South. 354; Payne, Director General, v. Smitherman, 206 Ala. 591, 91 South. 575; Missouri Pacific R. R. Co. v. Ault, 256 U. S. 554, 41 Sup. Ct. 593, 65 L. Ed. 1087.

Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.